IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MASTERCRAFT
DISTRIBUTION USA INC.                                              PLAINTIFF

v.                          No. 3:19-cv-186-DPM

SAFAVIEH INTL. LLC                                                 DEFENDANT

SAFAVIEH INTL. LLC.                                         COUNTER PLAINTIFF

v.                          No. 3:19-cv-186-DPM

MASTERCRAFT
DISTRIBUTION USA INC.                                     COUNTER DEFENDANT

JUDGMENT

Mastercraft's complaint is dismissed with prejudice. Safavieh's amended counterclaim is also dismissed with prejudice. The Court retains jurisdiction until 23 June 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

24 April 2023